UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:
Tuesday Morning Corporation

Debtor(s)

Invictus Global Management, LLC

Appellant(s)

vs.
TASCR Ventures CA, LLC, et al

Appellee(s)

Case No.: 23−90001−elm11
Chapter No.: 11

# NOTICE OF TRANSMITTAL

I am transmitting:

- ☐ The Motion for leave to Appeal 28 U.S.C. § (USDC Civil Action No. DNC Case).
- ☐ The Motion for Stay Pending Appeal (USDC Action No. − DNC Case).
- ☐ The Proposed Findings of Fact and Conclusions of Law.
- ☐ The Motion to Extend Time To File Designation (USDC Civil Action No DNC Case).
- ☐ On , the Record on Appeal was transmitted. The designation of record or item(s) designated by were not filed when the record was transmitted. The item(s) were filed on awaiting instructions from the assigned district judge.
- ☑ Other Filing fee has been paid
- ☑ Copies of: Notice of Appeal and Related Documents

**TO ALL ATTORNEYS**: File all subsequent papers captioned and numbered with the appropriate division of the United States District Clerk's Office. Any questions concerning this proceeding should be directed to the U.S. District Clerk's Office at (214) 753−2200.

DATED:  3/21/23

FOR THE COURT:
Robert P. Colwell, Clerk of Court

by: /s/Jeanette Almaraz, Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# APPEAL SERVICE LIST

## Transmission of the Record

BK Case No.: 23−90001−elm11

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Edward L. Morris
 Weldon Moore
 Shelley Warren
 Attorney(s) for Appellant
 Jeffrey A. Lamken

**Appellant** Invictus Global Management, LLC

Jeffrey A. Lamken
MoloLamken LLP
The Watergate, Suite 500
600 New Hampshire Avenue, N.W.
Washington, D.C. 20037
Telephone: (202) 556−2000
Facsimile: (202) 556−2001
jlamken@mololamken.com

Justin M. Ellis
Ryan Yeh
MoloLamken LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607−8160
Facsimile: (212) 607−8161
jellis@mololamken.com
ryeh@mololamken.com

Jeff Prostok
ForsheyProstok, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877−8855
jprostok@forsheyprostok.com

Adam C. Harris
Douglas Koff
Ned S. Schodek
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756−2253
Facsimile: (202) 593−5955

adam.harris@srz.com
douglas.koff@srz.com
ned.schodek@srz.com

Douglas S. Mintz
Schulte Roth & Zabel LLP
901 Fifteenth Street, NW Suite 800
Washington, D.C. 20005
Telephone: (202) 729−7482
Douglas.mintz@srz.com

**Appellee**   TASCR Ventures CA, LLC; TASCR Ventures, LLC; and TM21, LLC:

Harley E. Ridel
Charles A. Postler
Daniel R. Fogarty
Stichter, Riedel, Blain & Postler, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229−0144
Facsimile: (813) 229−1811
hriedel@srbp.com
cpostler@srbp.com
dfogarty@srbp.com

Joshua L. Hedrick
Nicole L. Walker
Hedrick Kring Bailey PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Telephone: (214) 880−9600
Facsimile: (214) 481−1844
Josh@HedrickKring.com
NWalker@HedrickKring.com

Kenneth G.M. Mather
Gunster, Yoakley & Stewart, P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602−5226
Telephone: (813) 222−6630
Facsimile: (813) 222−6739
kmather@gunster.com

Sam Stricklin (Texas Bar No. 19397050)
Law Offices of Sam Stricklin
2435 N. Central Expressway, Suite 1200
Richardson, TX 75080−2747
Telephone: (972) 238−8687
Sam.Stricklin@stricklaw.pro

**Appellee**   Official Committee of Unsecured Creditors

Trey A. Monsour
Fox Rothschild LLP
2501 N. Harwood Street, Suite 1800

Dallas, TX 75201−1613  
Telephone: (214) 231−5796  
tmonsour@foxrothschild.com

Brent Weisenberg  
Lowenstein Sandler LLP  
One Lowenstein Drive  
Roseland, NJ 07068  
Telephone: (973) 597−2500  
bweisenberg@lowenstein.com

Jeffrey L. Cohen  
Eric Chafetz  
Phillip Khezri  
Lowenstein Sandler LLP  
1251 Avenue of the Americas, 17th Floor  
New York, NY 10020  
Telephone: (212) 262−6700  
jcohen@lowenstein.com  
echafetz@lowenstein.com  
pkhezri@lowenstein.com

**Appellee**   Fred Hand; Marc Katz; and Paul Metcalf

Christina W. Stephenson
Crowe & Dunlevy, P.C.
2525 McKinnon Street, Suite 425
Dallas, Texas 75201
Telephone: (214) 420−2163
Facsimile: (214) 736−1747
crissie.stephenson@crowedunlevy.com

Bodie B. Colwell
ME BBO #004853, MA BBO #681455
Preti Flaherty, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791−3000
Facsimile: (207) 791−3111
bcolwell@preti.com


**Appellee**   Tensile Capital Management LP

Ryan Blaine Bennett
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862−2000
Facsimile: (312) 862−2200
rbennett@kirkland.com

Tabitha De Paulo (admitted Pro Hac Vice)
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836−3600
Facsimile: (713) 836−3601
tabitha.depaulo@kirkland.com

In Re:
Tuesday Morning Corporation

§
§   Case No.:  23−90001−elm11
§   Chapter No.:  11
§

Debtor(s)

# CIVIL CASE COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

I.  (a) **APPELLANT**
    Invictus Global Management, LLC

    **APPELLEE**
    TASCR Ventures CA, LLC, et al

   (b) County of Residence of First Listed Party:
       (EXCEPT IN U.S. PLAINTIFF CASES)

       County of Residence of First Listed Party:
       (IN U.S. PLAINTIFF CASES ONLY)

   (c) Attorney's (Firm Name, Address, and Telephone Number)
       Jeffrey A. Lamken
       MoloLamken LLP
       The Watergate, Suite 500
       600 New Hampshire Avenue, N.W.
       Washington, D.C. 20037
       Telephone: (202) 556−2000
       Facsimile: (202) 556−2001
       jlamken@mololamken.com

       Justin M. Ellis
       Ryan Yeh
       MoloLamken LLP
       430 Park Avenue
       New York, NY 10022
       Telephone: (212) 607−8160
       Facsimile: (212) 607−8161
       jellis@mololamken.com
       ryeh@mololamken.com

       Jeff Prostok
       ForsheyProstok, LLP
       777 Main Street, Suite 1550
       Fort Worth, TX 76102
       Telephone: (817) 877−8855
       jprostok@forsheyprostok.com

       Adam C. Harris
       Douglas Koff
       Ned S. Schodek
       Schulte Roth & Zabel LLP
       919 Third Avenue
       New York, NY 10022
       Telephone: (212) 756−2253
       Facsimile: (202) 593−5955
       adam.harris@srz.com
       douglas.koff@srz.com
       ned.schodek@srz.com

       Douglas S. Mintz
       Schulte Roth & Zabel LLP
       901 Fifteenth Street, NW Suite 800
       Washington, D.C. 20005
       Telephone: (202) 729−7482
       Douglas.mintz@srz.com

       Attorney's (If Known)
       Harley E. Ridel
       Charles A. Postler
       Daniel R. Fogarty
       Stichter, Riedel, Blain & Postler, P.A.
       110 E. Madison Street, Suite 200
       Tampa, FL 33602
       Telephone: (813) 229−0144
       Facsimile: (813) 229−1811
       hriedel@srbp.com
       cpostler@srbp.com
       dfogarty@srbp.com

       Joshua L. Hedrick
       Nicole L. Walker
       Hedrick Kring Bailey PLLC
       1700 Pacific Avenue, Suite 4650
       Dallas, TX 75201
       Telephone: (214) 880−9600
       Facsimile: (214) 481−1844
       Josh@HedrickKring.com
       NWalker@HedrickKring.com

       Kenneth G.M. Mather
       Gunster, Yoakley & Stewart, P.A.
       401 E. Jackson Street, Suite 1500
       Tampa, FL 33602−5226
       Telephone: (813) 222−6630
       Facsimile: (813) 222−6739
       kmather@gunster.com

       Sam Stricklin (Texas Bar No. 19397050)
       Law Offices of Sam Stricklin
       2435 N. Central Expressway, Suite 1200
       Richardson, TX 75080−2747
       Telephone: (972) 238−8687
       Sam.Stricklin@stricklaw.pro

       Trey A. Monsour
       Fox Rothschild LLP
       2501 N. Harwood Street, Suite 1800
       Dallas, TX 75201−1613
       Telephone: (214) 231−5796
       tmonsour@foxrothschild.com

       Brent Weisenberg
       Lowenstein Sandler LLP
       One Lowenstein Drive
       Roseland, NJ 07068
       Telephone: (973) 597−2500
       bweisenberg@lowenstein.com

       Jeffrey L. Cohen
       Eric Chafetz
       Phillip Khezri
       Lowenstein Sandler LLP
       1251 Avenue of the Americas, 17th Floor
       New York, NY 10020
       Telephone: (212) 262−6700
       jcohen@lowenstein.com
       echafetz@lowenstein.com
       pkhezri@lowenstein.com

       Christina W. Stephenson
       Crowe & Dunlevy, P.C.
       2525 McKinnon Street, Suite 425

Dallas, Texas 75201
Telephone: (214) 420−2163
Facsimile: (214) 736−1747
crissie.stephenson@crowedunlevy.com

Bodie B. Colwell
ME BBO #004853, MA BBO #681455
Preti Flaherty, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791−3000
Facsimile: (207) 791−3111
bcolwell@preti.com

Ryan Blaine Bennett
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862−2000
Facsimile: (312) 862−2200
rbennett@kirkland.com

Tabitha De Paulo (admitted Pro Hac Vice)
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836−3600
Facsimile: (713) 836−3601
tabitha.depaulo@kirkland.com

**II. BASIS OF JURISDICTION**

- ( ) 1  U.S. Government Plaintiff
- ( ) 2  U.S. Government Defendant
- (●) 3  Federal Question (U.S. Government Not a Party)
- ( ) 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**

| | | | | | |
|---|---|---|---|---|---|
| Citizen of This State | ( ) 1 | ( ) 1 | Incorporated *or* Principal Place of Business In This State | ( ) 4 | ( ) 4 |
| Citizen of Another State | ( ) 2 | ( ) 2 | Incorporated *and* Principal Place of Business In Another State | ( ) 5 | ( ) 5 |
| Citizen or Subject of a Foreign Country | ( ) 3 | ( ) 3 | Foreign Nation | ( ) 6 | ( ) 6 |

**IV. NATURE OF SUIT**

- (●) 422 Appeal 28 USC 158
- ( ) 423 Withdrawal 28 USC 157
- ( ) 890 Other Statutory Actions

**V. ORIGIN**

- (●) 1  Original Proceeding
- ( ) 2  Removed from State Court
- ( ) 3  Remanded from Appellate Court
- ( ) 4  Reinstated or Reopened
- ( ) 5  Transferred from another district
- ( ) 6  Multidistrict Litigation
- ( ) 7  Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing **(Do not cite jurisdictional statutes unless diversity):**
422 Appeal 28 USC 158

Brief description of cause:
Notice of Appeal on Reconsideration Order

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23     DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**

Judge:                                      Docket Number:

DATED: 3/20/23                              FOR THE COURT:
                                            Robert P. Colwell, Clerk of Court
                                            by: /s/Jeanette Almaraz, Deputy Clerk