# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| In re:<br><br>Tuesday Morning Corporation, et al.,<br><br>               Debtors. | |
| Invictus Global Management, LLC,<br><br>               Appellant,<br>   v.<br><br>TASCR Ventures CA, LLC; TASCR Ventures, LLC; TM21, LLC; Official Committee of Unsecured Creditors; Fred Hand; Marc Katz; Paul Metcalf; and Tensile Capital Management LP, et al.,<br><br>               Appellees. | Case No. 4:23-cv-00280-O |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Bankruptcy Procedure 8023(a), Appellant Invictus Global Management, LLC and Appellees stipulate and agree as follows:

1. The above-captioned bankruptcy appeal is hereby dismissed with prejudice.

2. Each party will bear its own costs as provided in the settlement and release agreement approved by the bankruptcy court. *See In re Tuesday Morning Corp.*, No. 23-90001 (Bankr. N.D. Tex.), Dkt. 1465 (July 27, 2023).

3. There are no outstanding court fees.

Dated: August 4, 2023

Respectfully submitted,

*/s/ Charles A. Postler*
Joshua L. Hedrick (Texas Bar No. 24061123)
Nicole L. Walker (Texas Bar No. 24121884)
HEDRICK KRING BAILEY PLLC
1700 Pacific Avenue, Suite 4650
Dallas, TX 75201
Telephone: (214) 880-9600
Facsimile: (214) 481-1844
Josh@HedrickKring.com
NWalker@HedrickKring.com

Samuel Stricklin (Texas Bar No. 19397050)
LAW OFFICES OF SAM STRICKLIN
2435 N. Central Expressway, Suite 1200
Richardson, TX 75080-2747
Telephone: (469) 601-4601
Sam.Stricklin@stricklaw.pro

Harley E. Riedel
Charles A. Postler
Mark F. Robens
STICHTER, RIEDEL, BLAIN & POSTLER, P.A.
110 E. Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Facsimile: (813) 229-1811
hriedel@srbp.com
cpostler@srbp.com
mrobens.ecf@srbp.com

Kenneth G.M. Mather
GUNSTER, YOAKLEY & STEWART, P.A.
401 E. Jackson Street, Suite 1500
Tampa, FL 33602-5226
Telephone: (813) 222-6630
Facsimile: (813) 222-6739
kmather@gunster.com

*Counsel for Appellees TASCR Ventures CA, LLC, TASCR Ventures, LLC, and TM21, LLC*

*/s/ Jeff P. Prostok*
Jeff P. Prostok (Texas Bar No. 16352500)
FORSHEYPROSTOK LLP
777 Main Street, Suite 1550
Fort Worth, TX 76102
Telephone: (817) 877-8855
jprostok@forsheyprostok.com

Jeffrey A. Lamken
Jennifer E. Fischell
MOLOLAMKEN LLP
600 New Hampshire Avenue, N.W.
The Watergate, Suite 500
Washington, D.C. 20037
Telephone: (202) 556-2000
Facsimile: (202) 556-2001
jlamken@mololamken.com
jfischell@mololamken.com

Justin M. Ellis
Ryan Yeh
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
Telephone: (212) 607-8160
Facsimile: (212) 607-8161
jellis@mololamken.com
ryeh@mololamken.com

Adam C. Harris
Douglas Koff
Douglas S. Mintz
Ned S. Schodek
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 756-2000
Facsimile: (202) 593-5955
adam.harris@srz.com
douglas.koff@srz.com
douglas.mintz@srz.com
ned.schodek@srz.com

*Counsel for Appellant Invictus Global Management, LLC*

2

*/s/ Kenneth Stohner, Jr.*
Kenneth Stohner, Jr. (Texas Bar No. 19263700)
Michael S. Held (Texas Bar No. 09388150)
J. Machir Stull (Texas Bar No. 24070697)
JACKSON WALKER LLP
2323 Ross Ave., Suite 600
Dallas, TX 75201
Telephone: (214) 953-6000
Fascimile: (214) 661-6803
kstohner@jw.com
mheld@jw.com
mstull@jw.com

Ryan Blaine Bennett
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
rbennett@kirkland.com

Tabitha De Paulo
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
609 Main Street
Houston, TX 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
tabitha.depaulo@kirkland.com

*Counsel for Appellee Tensile Capital Management LP*

*/s/ Christina W. Stephenson*
Christina W. Stephenson (Texas Bar No. 24049535)
CROWE & DUNLEVY, P.C.
2525 McKinnon Street, Suite 425
Dallas, TX 75201
Telephone: (214) 420-2163
Facsimile: (214) 736-1762
crissie.stephenson@crowedunlevy.com

Bodie B. Colwell
ME BBO #004853, MA BBO #681455
PRETI FLAHERTY, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
bcolwell@preti.com

*Counsel for Appellees Fred Hand, Marc Katz, and Paul Metcalf*

*/s/ Trey A. Monsour*
Trey A. Monsour (Texas Bar No. 14277200)
FOX ROTHSCHILD LLP
2501 N. Harwood Street, Suite 1800
Dallas, TX 75201-1613
Telephone: (214) 231-5796
tmonsour@foxrothschild.com

Brent Weisenberg
Michael A. Kaplan
LOWENSTEIN SANDLER LLP
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-2500
bweisenberg@lowenstein.com
mkaplan@lowenstein.com

Jeffrey L. Cohen
LOWENSTEIN SANDLER LLP
1251 Avenue of the Americas, 17th Floor
New York, NY 10020
Telephone: (212) 262-6700
jcohen@lowenstein.com

*Counsel for Appellee Chapter 11 Official Committee of Unsecured Creditors*

3

## **CERTIFICATE OF SERVICE**

I certify that, on August 4, 2023, a true and correct copy of this motion was served by ECF on all counsel of record.

*/s/ Jeff Prostok*
Jeff Prostok